# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| **NYDIA JENKINS**, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**EQUIFAX, INC.**, and **EQUIFAX INFORMATION SERVICES, LLC,**<br><br>Defendants. | **CIVIL ACTION NO.**<br>**1:22-CV-3072-LMM-CCB** |
| **SHELLY DELINDA STEELE**, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**EQUIFAX, INC.,**<br><br>Defendant. | **CIVIL ACTION NO.**<br>**1-22-CV-3105-LMM-CCB** |
| **BENJAMIN BAKER**, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**EQUIFAX, INC.,**<br><br>Defendant. | **CIVIL ACTION NO.**<br>**1:22-CV-3117-LMM-CCB** |

| | |
|---|---|
| **TYLER BAKER, on behalf of himself and all others similarly situated,**<br><br>**Plaintiff,**<br><br>v.<br><br>**EQUIFAX, INC.,**<br><br>**Defendant.** | **CIVIL ACTION NO.**<br>**1:22-CV-3118-LMM-CCB** |
| **DERRICK ROGERS, on behalf of himself and all others similarly situated,**<br><br>**Plaintiff,**<br><br>v.<br><br>**EQUIFAX, INC.,**<br><br>**Defendant.** | **CIVIL ACTION NO.**<br>**1:22-CV-3173-LMM-CCB** |
| **ANTHONY SCHWARTZ, on behalf of himself and all others similarly situated,**<br><br>**Plaintiff,**<br><br>v.<br><br>**EQUIFAX, INC.,**<br><br>**Defendant.** | **CIVIL ACTION NO.**<br>**1:22-CV-3260-LMM-CCB** |

## **ORDER**

In light of the fact that the above-captioned cases have been consolidated and all future filings will be filed under Case No. 1:22-cv-3072-LMM-CCB, the Court hereby **DIRECTS** the Clerk to **CLOSE** the following cases: *Steele v. Equifax, Inc.*, 1:22-cv-3105-LMM-CCB; *Baker v. Equifax Inc.*, 1:22-cv-3117-LMM-CCB; *Baker v. Equifax, Inc.*, 1:22-cv-3118-LMM-CCB; *Rogers v. Equifax Inc.*, 1:22-cv-3173-LMM-CCB; and *Schwartz v. Equifax, Inc.*, 1:22-cv-3260-LMM-CCB.

**IT IS SO ORDERED,** this 29th day of August, 2022.

_____
CHRISTOPHER C. BLY
UNITED STATES MAGISTRATE JUDGE